UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| CARLO LA MARCHESINA, | ) |
| Plaintiff, | ) |
| -against- | ) Case No.: 24-cv-11483 |
| JOHN DOE NOS. 1-25 | ) |
| Defendant | ) |
| ~ 513,367.335904  U.S. DOLLAR COIN, | ) |
| Defendants in rem, | ) |
| -and- | ) |
| CIRCLE INTERNET FINANCIAL, LLC, and CIRCLE TECHNOLOGY SERVICES, LLC | ) |
| Garnishees and Relief Parties | ) |

---

## MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, Carlo La Marchesina, and hereby respectfully requests that this Honorable Court issue an Order of Dismissal pursuant to Fed. R.Civ. P. 41(a)(2).

As the Court is aware, this matter was commenced on June 6, 2024, with the filing of Complaint, Civil Cover Sheet, and an emergency Motion for Order to Show Cause seeking a Temporary Restraining Order and additional various relief. After oral argument on June 11, 2024, the Court issued a fourteen (14) day Temporary Restraining Order, which was later extended and is currently in place. Due to jurisdictional concerns raised by the Court,  on July 3, 2024, Plaintiff refiled in Massachusetts Superior Court, Suffolk County. On July 9, 2024, Massachusetts Superior Court granted a thirty (30) day temporary restraining order after oral argument.

Fed. R. Civ. P 41(a)(2) provides that an action may be dismissed at the plaintiff's request on terms that the Court considers proper. Here, given the above, an order of dismissal without prejudice which does not operate as an adjudication on the merits is proper.

1

**REQUEST FOR RELIEF**

WHEREFORE, for the reasons stated herein, Plaintiff, Carlo La Marchesina respectfully requests that this Honorable Court issue an Order of Dismissal Without Prejudice, which does not operate as an adjudication on the merits.

> Respectfully submitted,
> **CARLO LA MARCHESINA**
> By his attorney,
>
>          /s/Mark D. Szal
> Mark D. Szal, BBO# 667594
> **SZAL LAW GROUP LLC**
> 6 Liberty Square #330
> Boston, Massachusetts 02109
> Tel: (617) 830-2494
> mark@szallawgroup.com
>
> **SHAROVA LAW FIRM**
>
> /s/ Thomas J. Tyrrell, Jr.
> Thomas J. Tyrrell Jr. Esq.
> Yelena Sharova, Esq.
> Dominique Myers, Esq.
> Attorneys for Plaintiff,
> Pro hac vice admission pending
> 9003 5th Avenue
> Brooklyn, New York 11209
> T. 718-766-7084
> F. 718-504-3599
> E. TTyrrellJr@sharovalaw.com,
> Sharova@sharovalaw.com,
> DMyers@sharovalaw.com

**Certificate of Service**

       I, Mark D. Szal, hereby certify that on July 12, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

       /s/Mark D. Szal
       Mark D. Szal