UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Carlo La Marchesina**

V.                                                      CIVIL ACTION NO. 24-11483-JEK

**John Doe Nos. 1-25 et al**

**ORDER OF DISMISSAL**

KOBICK, D.J.

In accordance with the Court's Electronic Order entered July 12, 2024, D. 31, it is hereby

ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice.

July 12, 2024                                              /s/ Haley Currie
                                                           Deputy Clerk